452 A.2d 1100

Commonwealth v. Johnson, Appellant.

Argued April 28, 1982. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Timothy Lucas, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., BECK and MONTEMURO, JJ.

The order and judgment of sentence of the lower court is affirmed.

452 A.2d 1101

Commonwealth v. Kline, Appellant.

Submitted September 16, 1981. Anthony J. Rosini, for appellant; James J. Rosini, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., filed a memorandum concurring and dissenting statement.